THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Maurice Kirk, Appellant.
 
 
 

Appeal From York County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No.  2008-UP-419
 Submitted June 1, 2008  Filed July 21,
2008

AFFIRMED 

 
 
 
 Appellate Defender M. Celia Robinson, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Assistant Chief Legal Counsel John Benjamin Aplin, South Carolina
 Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Maurice
 Kirk appeals the revocation of his probation.  Specifically, Kirk claims the
 court erred in revoking his probation because the terms of probation were
 imposed by the Department of Probation, Parole and Pardon Services, not by the
 sentencing judge.  Kirk did not object to the allegations he violated the
 conditions of his probation, told the court he just wants to serve his time,
 and did not object to courts decision to revoke his probation.  We affirm
 pursuant to Rule 220(b)(2), SCACR, and the following authority: State v. Lee,
 350 S.C. 125, 129-30, 564 S.E.2d 372, 374-75 (Ct. App. 2002) (holding an issue
 must be raised to and ruled upon by the trial judge to be preserved for
 appellate review).[1]
AFFIRMED.
HEARN,
C.J., and SHORT and KONDUROS, JJ., concur.

[1]  We decide this case without oral argument pursuant
to Rule 215, SCACR.